UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL HOLDER,

    Plaintiff,

vs.                                 Case No.:

UNITED STATES OF AMERICA,

    Defendant.

_____/

## COMPLAINT

Plaintiff, MICHAEL HOLDER, by counsel, for his Complaint against Defendant, UNITED STATES OF AMERICA, states as follows:

### INTRODUCTION

1. This is a personal injury action for money damages against Defendant United States Postal Service under the Federal Tort Claims Act, (28 U.S.C. §2671, *et seq*.) and 28 U.S.C. §1346(b)(1), for negligence in connection with a motor vehicle collision on June 14, 2019, in which Tonya Marie Young, who was acting within the course and scope of her employment with the United States Postal Service, turned in front of Plaintiff causing the collision which is the subject of the

action. As a result of the collision, Plaintiff suffered significant and permanent injuries.

2. Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibit 1.*

3. This suit has been timely filed, in that Plaintiff timely served notice of his claim on the Department of the Interior less than two years after the incident forming the basis of this suit.

4. Plaintiff is now filing this Complaint pursuant to 28 U.S.C. §2401(b) after not having received a response from the Defendant.

## PARTIES, JURISDICTION AND VENUE

5. Plaintiff is, and at all times relevant hereto was, a resident of Live Oak, Suwannee County, Florida.

6. At all times relevant to this Complaint, Tonya Marie Young was employed by and acting on behalf of, and within the course and scope of, her employment with Defendant. Defendant is responsible for the negligent acts of its employee under the doctrine of *Respondent Superior*.

7. Jurisdiction is proper under 28 U.S.C. §1346(b)(1).

8. Venue is proper under 28 U.S.C. §1391(e) and §1402(b) in that all of the acts and omissions forming the basis of these claims occurred in the Middle District of Florida.

## CLAIM FOR NEGLIGENCE

9. On, and at all material times, Tonya Marie Young was acting within the course and scope of her employment with the United States Postal Service.

10. On June 14, 2019, Tonya Marie Young was operating a motor vehicle at the direction of and within the scope of her employment by the United States Postal Service.

11. On June 14, 2019, and at all material times, Defendant, including its employee Tonya Marie Young, had a duty to operate the motor vehicle with reasonable care for the safety of others, including Plaintiff.

12. On June 14, 2019, Tonya Marie Young was operating her motor vehicle northbound on County Road 137 when Plaintiff attempted to pass her in a marked passing zone.

13. At that place and time, Tonya Marie Young failed to yield to oncoming/passing traffic and turned left in front of Plaintiff, causing a collision with the motor vehicle operated by Plaintiff.

14. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, lost wages in the past and a loss of ability to earn wages in the future, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, together with the costs and disbursements of this action and such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury, pursuant to Rule 38(d) of the Federal Rules of Civil Procedure, on all issues on which Plaintiff is so entitled.

**RESPECTFULLY** submitted this 7th day of January 2022.

**MORGAN & MORGAN P.A.**

/s/ *Anna R. Norris*
**ANNA R. NORRIS, ESQUIRE**
Florida Bar No.: 65963
313 North Monroe Street, Suite 401
Tallahassee, Florida 32301
Primary Email:
annanorris@forthepeople.com

Secondary Email:
jwhitley@forthepeople.com
Phone: (850) 385-1679
Fax: (850) 201-2786
*Attorneys for Plaintiff*