UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL HOLDER,

    Plaintiff,

v.                                                           Case No.: 3:22-cv-00022-HES-MCR

UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF RESOLUTION

Pursuant to Middle District of Florida Local Rule 3.09(a), Defendant, United States of America, with the consent of Plaintiff, hereby notifies the Court that the parties have reached a settlement and resolution in this action. The parties will file a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) once the settlement is finalized. Defendant estimates that this process will take approximately sixty (60) days.

Respectfully submitted this 3rd day of July, 2023.

                                                          Respectfully submitted,

                                                          ROGER B. HANDBERG
                                                          United States Attorney

                                                          */s/ Kyesha Mapp*
                                                          KYESHA MAPP
                                                          Assistant United States Attorney
                                                          Florida Bar No. 0113006
                                                          300 North Hogan Street, Suite 700
                                                          Jacksonville, FL 32202-4270
                                                          Telephone No. (904) 301-6254/6300

        Facsimile No. (904) 301-6310
        Email: Kyesha.Mapp@usdoj.gov
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Anna R. Norris, Esq.
    Morgan & Morgan, P.A.
    313 North Monroe Street, Suite 401
    Tallahassee, Florida 32301
    AnnaNorris@forthepeople.com

        */s/ Kyesha Mapp*
        KYESHA MAPP
        Assistant United States Attorney